"Document Electronically Filed"
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ZAZZALI, FAGELLA, NOWAK
KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
CML 4831
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.A.<br><br>Petitioners,<br><br>v.<br><br>J.C. CONTRACTING, INC.<br><br>Respondent. | HON. JOEL A. PISANO<br>CIVIL ACTION NO.: 05-2295<br><br>**WARRANT TO SATISFY JUDGMENT**<br>**REGARDING RESPONDENT**<br>**J.C. CONTRACTING, INC.** |

TO THE CLERK OF THE ABOVE NAMED COURT:

WHEREAS Judgment was entered in the above entitled action in favor of Petitioners and against the Respondent J.C. CONTRACTING, INC., as appears by the record thereof, Docket No. 05-2295.

NOW THEREFORE, this is your warrant and authority to enter on the aforesaid record, this satisfaction of judgment.

Dated: June 8, 2005         By:    s/Colin M. Lynch (CML4831)
                                   Zazzali Fagella Nowak Kleinbaum
                                    & Friedman
                                   One Riverfront Plaza
                                   Newark, NJ 07102
                                   (973) 623-1822
                                   Fax: 623-2209
                                   clynch@zzfn.com

610.7.doc

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: June 8, 2005                          By:     s/Colin M. Lynch (CML4831)
                                                     Zazzali Fagella Nowak Kleinbaum
                                                      & Friedman
                                                     One Riverfront Plaza
                                                     Newark, NJ 07102
                                                     (973) 623-1822
                                                     Fax: 623-2209
                                                     clynch@zzfn.com

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

610.7.doc